UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

JOEL TAPIA,

           Defendant.

-----------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

KIMBA M. WOOD, United States District Judge:

The C.J.A. attorney assigned to receive cases on February 18, 2020, Edward Sapone, is hereby ordered to assume representation of defendant Joel Tapia ("Defendant") in the above-captioned matter, as co-counsel with appointed counsel Calvin Scholar, as of that date. Mr. Sapone shall assist Defendant in making post-trial motions, including but not limited to any ineffective assistance of counsel arguments that Defendant may wish to pursue.

Defendant is granted leave to amend his Motion for a Judgment of Acquittal and Motion for a New Trial (the "Motion"). (ECF Nos. 495–96.) Defendant's amended Motion, if any, shall be due on Thursday, March 19, 2020. Should Defendant file an amended Motion, the Government's response shall be due on April 2, 2020. Defendant's reply, if any, shall be due on April 9, 2020.

The conference currently scheduled for April 1, 2020 is adjourned to April 16, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       February 18, 2020

                                                      KIMBA M. WOOD
                                                      United States District Judge