UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

JOEL TAPIA,

Defendant.

17-cr-512 (KMW)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/20

KIMBA M. WOOD, District Judge:

On February 18, 2020, the Court issued an Order appointing Edward Sapone, CJA counsel on duty that day, to assist the defendant in making post-trial motions.

Mr. Sapone represented a co-defendant in this case. Therefore, the Court amends its February 18, 2020, Order and appoints CJA counsel on duty February 19, 2020, Katherine Goldstein, to assist the defendant.

The remainder of the Court's February 18, 2020, Order remains in effect.

SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
KIMBA M. WOOD
United States District Judge

1