# Milbank

**ANTONIA M. APPS**

*Partner*

55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5357
aapps@milbank.com | milbank.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/20
```

March 18, 2020

**BY ECF**

**MEMO ENDORSED**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Joel Tapia*, 17-cr-00512 (KMW)

Dear Judge Wood:

On behalf of Defendant Joel Tapia, we respectfully request a 30-day adjournment of the briefing deadline for the Defendant's amended motion to vacate his conviction or, in the alternative, for a new trial. We have been unable to spend enough time with Mr. Tapia due to restrictions on visitation based on measures taken to address the COVID-19 pandemic. Accordingly, we respectfully request an adjournment of the due date for the Defendant's opening brief to April 17, 2020, with the Government's response due on May 1, 2020, and the Defendant's reply, if any, due on May 8, 2020.  **Granted**

We have conferred with counsel for the Government regarding this request and they have indicated that the Government has no objection.

We are available to discuss this request at the Court's convenience.

Respectfully submitted,

/s/ Antonia M. Apps

Antonia M. Apps

**SO ORDERED: N.Y., N.Y. 3/23/20**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

cc:  USAO (*via* ECF)

MILBANK LLP
NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO