USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JOEL TAPIA,

                Defendant.

---------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, April 16, 2020, is adjourned to June 29, 2020, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
       April 7, 2020

                                        /s/ Kimba M. Wood /
                                      KIMBA M. WOOD
                              United States District Judge