

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE     5/18/20
```

Re:   *United States v. Joel Tapia*, S3 17 Cr. 512 (KMW)

Dear Judge Wood:

On February 18, 2020, this Court appointed Edward Sapone of the CJA Panel to assume representation of defendant Joel Tapia "as co-counsel with appointed counsel Calvin Scholar." (Dkt. No. 592). Subsequently, the Court appointed Katherine Goldstein of the CJA Panel to assist the defendant in place of Mr. Sapone. (Dkt. No. 594).

On April 17, 2020, the defendant, through new counsel, filed a motion pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure to set aside the jury verdict and order a new trial based on allegations of ineffective assistance by Mr. Scholar. (Dkt. Nos. 607, 608). On May 13, 2020, the defendant filed an attorney-client privilege waiver in order to allow Mr. Scholar to respond to the allegations of ineffective assistance. (Dkt. No. 623).

Given the defendant's motion alleging ineffective assistance, and Mr. Scholar's status as a declarant and potential witness against the defendant in the Rule 33 proceedings, the Government respectfully requests that the Court formally relieve Mr. Scholar as the defendant's co-counsel in this case.                                                              *Granted*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
      Olga Zverovich / Margaret Graham
      Assistant United States Attorneys
      (212) 637-2514 / 2923

*Kimba M. Wood   5/18/20*
SO ORDERED

cc: Counsel of record (by ECF)