# Milbank

**ANTONIA M. APPS**

*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5357
aapps@milbank.com | milbank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/20

June 18, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joel Tapia</u>, S3 17-cr-00512 (KMW)

Dear Judge Wood:

On behalf of Defendant Joel Tapia, we respectfully request a 4-day adjournment of the briefing deadline for the Defendant's reply memorandum in further support of his amended motion to vacate his conviction or, in the alternative, for a new trial. In light of the length of the Government's opposition brief, we would like more time to respond to the arguments made therein. Accordingly, we respectfully request an adjournment of the due date for the Defendant's reply brief to June 23, 2020. ] Granted

We have conferred with counsel for the Government regarding this request and they have indicated that the Government has no objection.

We are available to discuss this request at the Court's convenience.

Respectfully submitted,

/s/ Antonia M. Apps
Antonia M. Apps

cc: USAO (*via* ECF)

Kimba M. Wood  6/19/20
SO ORDERED

MILBANK LLP
NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO