UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JOEL TAPIA,

                       Defendant.
------------------------------------------------------------x

<u>ORDER</u>
17 CR 512 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/20

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is scheduled for Monday, December 7, 2020, at 11:30 a.m. Defendant's sentencing submission is due to the Court by November 23, 2020. The Government's submission is due by November 30, 2020.

    SO ORDERED.

Dated: New York, New York
         September 22, 2020

                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE