```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     S3 17CR0512-05
                                         :         (DLC)
        -v-                              :
                                         :        ORDER
JOEL TAPIA,                              :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    As set forth on the record at the Curcio hearing held on November 6, 2020, it is hereby

    ORDERED that C.J.A. counsel Antonia Apps is relieved. The C.J.A. counsel on duty this day, James M. Branden, is appointed to represent the defendant.

Dated:    New York, New York
           November 6, 2020

                                          DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020