UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

JOEL TAPIA,

                  Defendant.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/20

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

On November 6, 2020, new counsel was assigned to represent the defendant at sentencing.

The sentencing scheduled for December 7, 2020, is adjourned to January 14, 2021, at 11:00 a.m. If new counsel wishes to file a supplemental sentencing submission, they shall do so by December 30, 2020. Any submission from the Government is due by January 7, 2021.

SO ORDERED.

Dated: New York, New York
       November 24, 2020

                                                  _____
                                                  KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE