UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21
```

    -against-

JOEL TAPIA,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is scheduled for June 16, 2021, at 2:30 p.m.; sentencing will be in-person.

    Any further sentencing submissions by the defendant are due to the Court by June 2, 2021. Government response is due by June 9, 2021.

    SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE