UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21
```

      -against-

JOEL TAPIA,

                  Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has received defendant's March 22, 2021, letter to the Court. The Court is unsure whether it understands the questions posed there by Mr. Tapia. The Court would welcome any assistance defense counsel may be able to give the Court in understanding those questions.

    Any submission by defense counsel shall be filed by May 10, 2021.

    SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                           /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE