```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __8/9/21__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

JOEL TAPIA,

       Defendant.

---------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Ms. Jamesa Drake has written to the Court to ask for copies of documents sealed in the case *United States v. Joel Tapia*, 17 Cr. 512 (KMW) in order to assist her in prosecuting Mr. Tapia's appeal from his conviction in this Court.

    If the Government objects to the unsealing of any of these documents, it shall so notify this Court by August 20, 2021.   If no objection is received by then, the Court will unseal the documents.

SO ORDERED.

Dated: New York, New York
       August 9, 2021

                                      /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                                United States District Judge